```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID SNAPP AND TIMOTHY KELLY
4  Certified Student Attorneys
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  Cecelia Rose Gomez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:10-cr-00201 KJN |
| ) Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND JURY TRIAL |
| v. ) | |
| Cecelia Rose Gomez, ) | |
| ) Defendant. ) | Date: September 20, 2010 |
| ) | Time: 9:00 A.M. |
| _____ ) | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, CECELIA ROSE GOMEZ, by and through her counsel, Linda C. Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for September 20, 2010 and the jury trial set for October 4, 2010, be vacated and set for a trial confirmation hearing October 6, 2010 at 9:00 am and a jury trial November 1, 2010 at 9:00 am.

The parties are requesting extra time to prepare for the jury trial and engage in discussions regarding a potential resolution outside of a trial. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until November 1, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

Respectfully Submitted,

DATED: September 17, 2010            DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     MICHAEL JOSEPH FORD


DATED: September 17, 2010            BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ Todd Leras for:
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

DATED: September 20, 2010.           /s/ Kendall J. Newman
                                     HON. KENDALL J. NEWMAN
                                     United States Magistrate Judge