```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP and TIM KELLY
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  CECELIA GOMEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 2:10-cr-00201 KJN |
|                                     ) | |
|             Plaintiff,              ) | STIPULATION AND ORDER TO VACATE |
|                                     ) | TRIAL CONFIRMATION HEARING AND |
|     v.                              ) | JURY TRIAL AND SET A CHANGE OF |
|                                     ) | PLEA |
| CECELIA GOMEZ,                      ) | |
|                                     ) | |
|             Defendant.              ) | |
|                                     ) | |
| _____  )    | |

   It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant U.S. Attorney, and defendant, Cecelia Gomez, by and through her counsel, Linda Harter, Chief Assistant Federal Defender, that the trial confirmation hearing set for October 6, 2010, 9:00am and the jury trial set for November 1, 2010, at 9:00am be vacated and a change of plea hearing be set for November 3, 10:00am.

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order until November 3, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4]. This exclusion of time will allow the parties to finalize the plea agreement.

DATED: October 4, 2010

Respectfully submitted,
DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
Cecelia Gomez

DATED: October 4, 2010

BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 5, 2010.

/s/ Kendall J. Newman
HON. KENDALL J. NEWMAN
United States Magistrate Judge